UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JO ANN SWAIN, | CASE NO. 1:21-cv-00522 |
| Plaintiff, | OPINION & ORDER<br>[Resolving Doc. 4] |
| v. | |
| ARAMARK SPORTS AND<br>ENTERTAINMENT SERVICES, LLC, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Jo Ann Swain sustained injuries while on a bus tour in Alaska. Swain sues the bus tour operator, Defendant Aramark Sports and Entertainment Services, LLC ("Aramark").[1]

Doyon/Aramark Denali National Park Concession Joint Venture ("Doyon/Aramark") appeared on behalf of Defendant Aramark, asserting it was the proper defendant.[2] According to Doyon/Aramark, it operated the bus tour, not Aramark.[3]

Doyon/Aramark moves to dismiss Plaintiff's complaint for lack of personal jurisdiction. In support of its motion to dismiss, Doyon/Aramark claims that the Doyon/Aramark joint venture has insufficient contacts with Ohio to support personal jurisdiction. Doyon/Aramark makes no argument specifically related to whether its participants, Doyon and Aramark have Ohio contacts.

---

[1] Doc. 1.
[2] Doc. 4.
[3] *Id.*

Case No.
GWIN, J.

In the alternative, Doyon/Aramark moves to transfer venue to the Federal District Court for the District of Alaska.[4]  Plaintiff opposes.[5]

For the following reasons, the Court **DENIES** Doyon/Aramark's motion.

## I. Discussion

Doyon/Aramark says it is a joint venture between Aramark and Doyon Limited, licensed to do business in Alaska.[6]

In Alaska, "the association of two or more persons to carry on as co-owners a business for profit formed a partnership, whether or not the persons intended to form a partnership."[7] Further, "all partners are liable jointly and severally for all obligations of the partnership unless otherwise agreed by the claimant or provided by law."[8]

Doyon/Aramark is a partnership between Aramark and Doyon Limited. Aramark is jointly and severally liable for Doyon/Aramark's obligations. Accordingly, Aramark is a proper defendant to Plaintiff's suit.

---

[4] *Id.*
[5] Doc. 8.
[6] Doc. 4-2.  Doyon/Aramark does not establish it is a limited liability company or corporation.
[7] Alaska Stat. § 32.06.202.
[8] Alaska Stat. § 32.06.306.

Case No.
GWIN, J.

## II. Conclusion

For the foregoing reasons, the Court **DENIES** Doyon/Aramark's motion to dismiss or transfer venue. Doyon/Aramark is not a party to this suit. Defendant Aramark is the proper defendant.

IT IS SO ORDERED.

Dated: May 25, 2021    *s/    James S. Gwin*
　　　　　　　　　　　　　JAMES S. GWIN
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE